

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00072-CV

| | | |
|---|---|---|
| AMERICAN HOMEOWNER PRESERVATION, LLC AND JORGE NEWBERY, Appellants | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-293606-17) |
| V. | § | October 18, 2018 |
| BRIAN J. PIRKLE, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying special appearances. It is ordered that the order of the trial court is affirmed, and we remand this case to the trial court for further proceedings.

It is further ordered that Appellants American Homeowner Preservation, LLC and Jorge Newbery shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth